IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS,

    Plaintiff,

  v.

BRIAN J. DEASON,

    Defendants.

          No. 09-04825 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On December 30, 2009, Counsel for Defendant American Contractors Indemnity Company filed a request to appear telephonically at the initial case management conference set for January 19, 2010 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: January 4, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge