Kent Khtikian, Esq. (#99843)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFTWORKERS ) Case No.  09-4825 EDL
LOCAL UNION NO. 3, AFL-CIO; )
TRUSTEES OF THE NORTHERN CALIFORNIA )
TILE INDUSTRY PENSION TRUST; TRUSTEES )
OF THE NORTHERN CALIFORNIA TILE )
INDUSTRY HEALTH AND WELFARE TRUST FUND; )
TRUSTEES OF THE NORTHERN CALIFORNIA ) STIPULATION FOR ENTRY
TILE INDUSTRY APPRENTICESHIP ) OF PARTIAL JUDGMENT;
AND TRAINING TRUST FUND; TILE INDUSTRY ) PARTIAL JUDGMENT
PROMOTION FUND OF NORTHERN CALIFORNIA, )
INC., a not-for-profit California corporation; )
TILE EMPLOYERS CONTRACT ADMINISTRATION )
FUND; TRUSTEES OF THE INTERNATIONAL )
UNION OF BRICKLAYERS AND ALLIED )
CRAFTWORKERS PENSION FUND, )
  )
    Plaintiffs, )
  )
vs. )
  )
BRIAN J. DEASON, as an individual and doing )
business as "Brian J. Deason"; SURETY COMPANY OF )
THE PACIFIC, a California corporation; AMERICAN )
CONTRACTORS INDEMNITY COMPANY, a )
California corporation, )
  )
    Defendants. )
_____)

    WHEREAS plaintiffs and defendants have entered into a settlement agreement provides

that this stipulated partial judgment against BRIAN J. DEASON shall be entered by the Court

upon submission by the plaintiffs of this stipulated judgment to the Court, signed by defendant,

without prior notice to defendant.

NOW THEREFORE, the parties hereto request that the Court at this time enter this partial judgment against BRIAN J. DEASON and agree to entry of this judgment at this time without prior notice to or prior opportunity to object by them.

**JUDGMENT**

This matter, having come before the undersigned Judge, and the parties hereto having stipulated to partial judgment, as indicated by the signature hereto of Plaintiffs and the signature of BRIAN J. DEASON, all parties to this stipulation consenting to Entry of Judgment and waiving any further notices regarding this stipulation, the judgment or entry of judgment, and the court having reviewed the records and files herein and being fully advised of the premises does hereby:

1.. ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have judgment against BRIAN J. DEASON, in the amount of Thirteen Thousand Six Hundred Ninety Two Dollars ($13,692.00), inclusive of attorney's fees and costs, plus interest at the annual rate of Ten Percent (10%) calculated from the date judgment is entered by the Court until paid.

2. This Partial Judgment resolves all claims set forth in the complaint filed herein against Brian J. Deason. This Partial Judgment does not resolve the Third Claim For Relief against Surety Company Of The Pacific or American Contractors Indemnity Company. This Partial Judgment shall not prejudice any claim Surety Company Of The Pacific or American Contractors Indemnity Company may have against Brian J. Deason.

Dated: February 2, 2010

_____ JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRIAN J. DEASON understands and agrees to all of the terms set forth in this stipulated

judgment and requests that judgment be entered as herein stated without further notice.

Dated: January 18, 2010          /s/ Brian Deason
                                          Brian J. Deason

The undersigned is the President of the plaintiff Union and a trustee of the plaintiff trust funds, and executes this stipulation on behalf of, and with the knowledge, authorization and consent of Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.

Dated: January 19, 2010       By:     /s/ Tom Spear
                                                  Tom Spear

**Attestation Of Concurrence**

I, Kent Khtikian, declare that Brian J. Deason and Tom Spear have signed the Stipulation set forth above and that I have in my possession their signatures on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January 2010, in San Francisco, California.

                                                           /s/ Kent Khtikian
                                                           Kent Khtikian