1  Kent Khtikian, Esq. (#99843)
   Katzenbach and Khtikian
2  1714 Stockton Street, Suite 300
   San Francisco, California  94133-2930
3  Telephone: (415) 834-1778
   Facsimile: (415 834-1842
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRIAN J. DEASON, as an individual and doing business as "Brian J. Deason"; SURETY COMPANY OF THE PACIFIC, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>        Defendants. | Case No.   09-4825 EDL<br><br>STIPULATION FOR DISMISSAL OF SURETY COMPANY OF THE PACIFIC AND AMERICAN CONTRACTORS INDEMNITY COMPANY WITHOUT PREJUDICE; [~~Proposed~~] ORDER |

Defendants, SURETY COMPANY OF THE PACIFIC and AMERICAN CONTRACTORS INDEMNITY COMPANY, hereby agree to waive the running of and agree to toll the statute of limitations as of the date the complaint in this action was filed should Plaintiffs

later commence a new action on the bond which was the subject of this action. Accordingly, Plaintiffs and Defendants, SURETY COMPANY OF THE PACIFIC and AMERICAN CONTRACTORS INDEMNITY COMPANY, stipulate to and request entry of an order dismissing SURETY COMPANY OF THE PACIFIC and AMERICAN CONTRACTORS INDEMNITY COMPANY without prejudice.

So agreed and stipulated:

Hausman & Sosa LLP

Dated: February 18, 2010          By:          /s/ Geoffrey R. Hudson
                                            Geoffrey R. Hudson
                                  Attorneys for Surety Company of the Pacific and
                                     American Contractors Indemnity Company


Katzenbach & Khtikian

Dated: February 19, 2010          By:          /s/ Kent Khtikian
                                            Kent Khtikian
                                         Attorneys for Plaintiffs


**Attestation Of Concurrence**

I, Kent Khtikian, declare that Geoffrey Hudson has signed the Stipulation set forth above and that I have in my possession his signature on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2010, in San Francisco, California.


                                               /s/ Kent Khtikian
                                            Kent Khtikian

///

**ORDER**

It is hereby ordered that SURETY COMPANY OF THE PACIFIC and AMERICAN CONTRACTORS INDEMNITY COMPANY are dismissed without prejudice.

Dated: February 19, 2010

_Elijah D. Laporte_
Judge